Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  USF Financial Group LLC          )    Chapter  11
                                         )
                                         )    No.  23-06284
                                         )
          Debtor(s)                      )    Judge Janet S. Baer

## NOTICE OF MOTION

TO:  See attached list

PLEASE TAKE NOTICE that on  June 21, 2023 , at  10:00 am , I will appear before the Honorable  Janet S. Baer , or any judge sitting in that judge's place, **either** in courtroom  615  of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of Debtor [to/for] Employ Bankruptcy Counsel, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is  160 731 2971 , and the passcode is  587656 .  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By:  David Freydin

Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157

## CERTIFICATE OF SERVICE

I, __David Freydin_____, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _June 5, 2023_____, at _5:00 pm____.

              /s/ David Freydin_____
              [Signature]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 23-06284<br>Northern District of Illinois<br>Eastern Division<br>Mon Jun  5 17:46:59 CDT 2023 | USF Financial Group LLC<br>5511 E Lake Drive, Unit A<br>Lisle, IL 60532-2660 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Amex/Bankruptcy<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998-1540 | Citi Cards<br>PO BOX 9001016<br>Louisville, KY 40290-1016 | Dal Financial<br>12553 S Laramie Ave.<br>Alsip, IL 60803-3223 |
| Elgin Equipment Leasing<br>210 Flannigan Road<br>Hampshire, IL 60140-8245 | Erkinjon Esonov<br>1172 Stacey Drive<br>New Lenox, IL 60451-4037 | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 |
| Pro Repair<br>2842 South State St.<br>Lockport, IL 60441-4915 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 | Ken Novak<br>Ken Novak & Associates, Inc.<br>3356 Lake Knoll Dr.<br>Northbrook, IL 60062-6316 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     0<br>Total                 12 | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 23-06284 |
| | ) | |
| **USF Financial Group, LLC** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

**DEBTOR'S MOTION TO EMPLOY BANKRUPTCY COUNSEL**

USF Financial Group, LLC, debtor and debtor in possession (the "Debtor") respectfully requests entry of an Order authorizing the Debtor to employ David Freydin, the Law Offices of David Freydin PC ("Freydin") as its bankruptcy counsel as of June 5, 2023. In support of this Motion, the Debtor states as follows:

**Case Background**

1. On May 11, 2023 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. The Debtor is a small business debtor as defined in 11 U.S.C. §101(51D) and continues to operate as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3. The Debtor has a principal place of business in Lisle, Illinois. The Debtor is in the trucking business.

4. The Debtor requires the assistance of counsel to represent it in matters concerning negotiation with creditors, preparation of a plan, corporate restructuring, analysis of claims and potential causes of action and other assets, and to otherwise represent the Debtor in matters before the Court.

5. The Debtor has selected Freydin as its bankruptcy counsel. Freydin has extensive experience with the Debtor's operations, the real estate industry and Chapter 7, Chapter 11 and Chapter 13 bankruptcy cases.

## RELIEF REQUESTED

6. The Debtor respectfully requests that the Court authorize it to employ Freydin as its bankruptcy counsel.

7. The predicates for the relief requested herein are 11 U.S.C. §§ 105(a), 327(a) and 328(a), as supported by Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

## BASIS FOR RELIEF

8. A Chapter 11 debtor may employ, with the court's approval, one or more attorneys "that do not hold or represent an interest adverse to the Estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under [the Bankruptcy Code]." 11 U.S.C. § 327(a).

9. The Debtor seeks to retain Freydin as its bankruptcy counsel because (a) Freydin has extensive general experience and knowledge in the field of debtor's and creditor's rights and cases under chapter 7, 11 and 13 of the Bankruptcy Code; and (b) has experience with and knowledge of the Debtor and its business operations and the real estate industry. The Debtor believes that Freydin is well qualified to represent it in the Chapter 11 proceedings.

10. The Debtor expects that Freydin will be called upon to render professional services, including, but not limited to, the following: (a) negotiation with creditors; (b) preparation of a plan and financial statements; (c) examining and resolving claims filed against the estate; (d) preparation of pleadings filed in the case; (e) interaction with the trustee in this case; (f) attendance at court hearings; and (g) otherwise to represent the Debtor in matters before the Court

11.     As set forth in the Declaration, Freydin believes that he does not hold or represent an interest adverse to the Estate, and that he is a disinterested person within the meaning of § 327(a).

12.     Additionally, pursuant to Bankruptcy Rule 2014(a), Freydin does not have any connections with the Debtor, its creditors, the United States Trustee, the small business trustee, or any person employed in the office of the United States Trustee, any other party in interest, or their respective attorneys or accountants that require disclosure.

13.     Under the facts as described herein and in the Declarations, the Debtor believes that retention of Freydin as bankruptcy counsel in this case satisfies all the applicable statutory standards enumerated above.

## **COMPENSATION**

14. Section 328(a) of the Bankruptcy Code permits the Debtor, subject to this Court's approval, to employ or authorize the employment of a professional person under Section 327 "on any reasonable terms and conditions of employment, including … on a contingent fee basis." 11 U.S.C. § 328(a).

15. The Debtor proposes to retain Freydin on an hourly basis and seeks approval under Section 328(a) of the Bankruptcy Code of that arrangement.

16. The normal hourly billing rates for the attorneys at The Law Offices of David Freydin PC are as follows: David Freydin $350 per hour, Jan Michael Hulstedt $325 per hour, Dustin Allen $325 per hour, Jeremy Nevel $325 per hour.

17. Freydin will maintain detailed and contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the legal services contemplated herein by category and nature of the services rendered.

18. Freydin understands that any and all compensation for legal services rendered on behalf of the Debtor shall be subject to Court approval, after notice and hearing, and in accordance with applicable sections of the Bankruptcy Code, Bankruptcy Rules, and Local Rules and Procedures. The legal fees and related costs incurred by the Debtor on account of services rendered by Freydin shall be paid as an administrative expense of the Estate in accordance with the Bankruptcy Code and any applicable orders entered in this chapter 11 case.

19. Prior to the filing of this Application, the Debtor required that its counsel perform certain services, including reviewing schedules, preparation of adequate protection motion and otherwise preparing for the Debtor's initial debtor interview and discussions with the Chapter V

trustee. The Debtor requests that the retention of counsel be made effective as of December 1, 2022.

## NOTICE

20.　Notice of this Application has been given to: (i) the Office of the United States Trustee; (ii) the Chapter V Trustee; (iii) Bankruptcy Counsel; (iv) the 20 largest creditors; and (v) any person that has requested notice in the Case or that receives notices through the ECF System with respect to the case.

WHEREFORE, USF Financial Group, LLC prays this Court enter an Order for the following:

A.　Authorizing the Debtor to employ David Freydin and the Law Offices of David Freydin PC as of June 5, 2023 for the purposes set forth in this Motion;

B.　Compensation to the Firm is subject to Court approval; and

C.　Such other and further relief as this Court deems appropriate.

Dated: June 5, 2023　　　　　　　　　　　　　　　　USF Financial Group, LLC

　　　　　　　　　　　　　　　　　　　　　　　　By: __David Freydin_____
　　　　　　　　　　　　　　　　　　　　　　　　One of its proposed Counsel

David Freydin
Law Offices of David Freydin,
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847-972-6157 phone
866-897-7577 fax
david.freydin@freydinlaw.com
*Bankruptcy Counsel for the Debtor*